Travis S. Prestwich, OSB No. 003617
Email: tprestwich@slamlaw.com
Swanson, Lathen, Prestwich, PC
3040 Commercial St. SE, Ste. 200
Salem, OR 97302
T: 503-581-2421
F: 503-588-7179
Of Attorneys for Plaintiffs Mei Sansome, Shino and Lyla Sansome

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| DAIN SANSOME, MEI SANSOME, SHINO SANSOME, and LYLA SANSOME,<br><br>Plaintiffs,<br><br>v.<br><br>GLENN FAIRALL, CITY OF ALBANY, MATTHEW STARK, and STATE OF OREGON,<br><br>Defendants. | Case No. 6:15-cv-02267-AA<br><br>**STIPULATED GENERAL JUDGMENT OF DISMISSAL** |

The claims by all Plaintiffs against all Defendants, and by all Defendants against all Plaintiffs, have voluntarily been resolved and, therefore, the parties hereby stipulate to a complete dismissal of this matter with prejudice and without attorney fees or costs to any party.

IT IS SO STIPULATED:

SWANSON LATHEN PRESTWICH PC

By: /s/ Travis S. Prestwich
Travis S. Prestwich, OSB No. 003617
Attorney for Plaintiffs Mei, Shino & Lyla Sansome
Dated: April 21, 2020

KRAEMER & LEWIS

By: /s/ Steve Kraemer
Steve Kraemer, OSB No. 104017
Attorneys for Defendants
Dated: April 20, 2020

Page 1 -  **STIPULATED GENERAL JUDGMENT OF DISMISSAL**

BIRCH TREE LAW, PC

/s/ Joseph D. Smith

_____
Joseph D. Smith
OSB No. 111418
Of Attorneys for Plaintiff Dain Sansome
Dated:  April 20, 2020

Based on the stipulation of the parties above, the Court hereby dismisses this matter with prejudice and without attorney fees or costs to any party.

IT IS SO ORDERED.

Dated:   April 22    , 2020.

                                            /s/Ann Aiken
                                    The Honorable Ann Aiken
                                    U.S. District Judge

Page 2 -  **STIPULATED GENERAL JUDGMENT OF DISMISSAL**

SWANSON, LATHEN, PRESTWICH, PC
Attorneys at Law
3040 Commercial Street SE, Suite 200
Salem, Oregon 97302
T: 503.581.2421 F: 503.588.7179